■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ROMANO, Appellant. [724 NYS2d 348] —Appeal by the defendant from a judgment of the County Court, Westchester County (Egan, J.), rendered November 13, 1998, convicting him of assault in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People were required to provide him with notice of the identification testimony of the

officers who witnessed the stabbing is without merit. There was no previous identification of the defendant and, thus, no such notice was required (*see,* CPL 710.30; *People v Trammel,* 84 NY2d 584; *People v Rohan,* 214 AD2d 755).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., S. Miller, Friedmann and Townes, JJ., concur.